THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 CV 11559 |
| ) | |
| OFFICER ANTONIO M. FULTON, OFFICER ) | |
| KEION FEAZELL, OFFICER LEO JEFFERSON, ) | |
| OFFICER JEFFERY SMITH, ) | |
| CITY OF CHICAGO and ) | |
| AUTOZONE, INC., ) | Judge Edmond E. Chang |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION TO PROVIDE JOINT STATUS REPORT**

Plaintiff James Watson, through his attorneys, Jenner & Block, hereby requests a two-week extension to provide the Joint Status Report ordered by the Court. (Dkt. #225). Plaintiff's counsel needs further communications with Mr. Watson. Counsel for plaintiff has conferred with the Defendant Officers' counsel and they do not oppose this motion.

Dated: April 2, 2021          Respectfully submitted,

         By:    */s/Aaron A. Barlow*
                 Aaron A. Barlow
                 Harry Roper
                 Susan A. O'Brien
                 Jenner & Block LLP
                 353 N. Clark St.
                 Chicago, IL 60654
                 (312) 840-7224

                 *Counsel for Plaintiff James Watson*

## **CERTIFICATE OF SERVICE**

I hereby certify on April 2, 2021, I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Aaron A. Barlow
Aaron A. Barlow
