THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 CV 11559 |
| | ) | |
| OFFICER ANTONIO M. FULTON, OFFICER KEION FEAZELL, OFFICER LEO JEFFERSON, OFFICER JEFFERY SMITH, CITY OF CHICAGO and AUTOZONE, INC., | ) ) ) ) ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| Defendants. | ) ) | |

**JENNER & BLOCK'S MOTION FOR LIMITED WITHDRAWAL REGARDING AUTOZONE'S MOTION TO ENFORCE SETTLEMENT**

Jenner & Block LLP ("Jenner") seeks leave of court to withdraw from its representation of James Watson, solely with respect to AutoZone's Motion to Enforce the Settlement Agreement (Dkt. 231) (the "Motion"). As described below, Jenner has identified a conflict of interest with respect to that Motion, and Jenner attorneys are also possible fact witnesses to the factual predicates underlying that Motion. Accordingly, Jenner moves to withdraw from representing Mr. Watson in connection with the proceedings on that Motion. Jenner further requests that the Court appoint separate counsel to represent Mr. Watson in connection with the Motion and defer the response date for Mr. Watson's opposition to the Motion. **Jenner only seeks withdrawal with respect to proceedings on AutoZone's Motion to Enforce the Settlement Agreement.** (Dkt. 231). Jenner does not seek to withdraw from representing Mr. Watson with respect to other proceedings in this case.

1

Jenner conferred with counsel for AutoZone and they are weighing whether to oppose this motion.

In support of this motion, Jenner states:

1. On March 11, 2021, Magistrate Judge Valdez held a settlement conference between the parties. (Dtk. 224). Jenner lawyers participated in that settlement conference.

2. After the settlement conference, Judge Valdez issued an order stating, "Plaintiff reaches terms of settlement with Defendant Autozone." *Id*.

3. On Friday April 16, 2021, Jenner communicated to AutoZone's counsel that "Mr. Watson does not believe he has reached a settlement with Autozone." (Dkt. 231, Ex. C at 1).

4. On May 3, 2021, AutoZone filed a Motion to Enforce the Settlement Agreement. (Dkt. 231).

5. In working on a response to AutoZone's Motion, Jenner determined that there exists a conflict of interest with respect to its representation of Mr. Watson in opposing the Motion. Jenner cannot identify the nature of its conflict of interest without disclosing matters that are protected by the attorney-client privilege, other than to disclose that the conflict relates to certain arguments that it may be in Mr. Watson's interest to pursue in the opposition.

6. In addition, due in part to their participation in the settlement conference, Jenner attorneys are fact witnesses to subject matter that may be at issue in the motion proceedings.

7. Jenner has accordingly determined, consistent with its ethical obligations, that it should withdraw from representing Mr. Watson in connection with the proceedings on AutoZone's Motion. However, Jenner requests that the Court appoint separate counsel to represent Mr. Watson on this limited issue, and issue an order postponing the due date for his response to the Motion.

8. Jenner has conferred with counsel for AutoZone and they are weighing whether or

not to oppose the relief sought in this motion.

WHEREFORE, Jenner moves for an order

(1) Permitting Jenner & Block LLP to withdraw from representing Mr. Watson in connection with the proceedings related to AutoZone's Motion to Enforce the Settlement Agreement (Dkt. 231);

(2) Appointing separate counsel to represent Mr. Watson in connection with said Motion; and

(3) Postponing Mr. Watson's deadline for filing his opposition to said Motion.

Dated: May 11, 2021      Respectfully submitted,

By:    */s/Aaron A. Barlow*
       Aaron A. Barlow
       Harry Roper
       Susan A. O'Brien
       Jenner & Block LLP
       353 N. Clark St.
       Chicago, IL 60654
       (312) 840-7224

## **CERTIFICATE OF SERVICE**

I hereby certify on May 11, 2021, I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Aaron A. Barlow
Aaron A. Barlow