**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES R. WATSON, | |
| Plaintiff, | |
| v. | Case No. 15 CV 11559 |
| OFFICER ANTONIO M. FULTON, | Judge Edmond E. Chang |
| OFFICER KEION FEAZELL, | |
| OFFICER LEO JEFFERSON, | |
| OFFICER JEFFERY SMITH, | |
| CITY OF CHICAGO, | |
| Defendants. | |

## PLAINTIFF'S STATUS REPORT REGARDING MR. JAMES GARNER

Plaintiff James Watson, by his attorneys Jenner & Block LLP, files this status report regarding the attempted service of Mr. James Garner with a subpoena to testify at trial in the above captioned matter.

1.  As described below, Plaintiff has exercised diligence in attempting to serve Mr. Garner but has not been able to locate or serve him successfully.

2.  In January of 2022, Plaintiff sought to locate Mr. Garner for service of a subpoena, but Mr. Garner had not provided an address for service.

3.  On January 25, 2022, Plaintiff's counsel obtained Accurint and TransUnion background reports on Mr. Garner to identify likely addresses for service.

4.  On January 28, 2022, Plaintiff's counsel obtained the docket for *People of the State of Illinois vs. James Garner*, 17-CR-0446801, hoping that he may be served at an upcoming court appearance, but no appearances were scheduled before the scheduled trial date in the above captioned matter.

1

5. On February 2, 2022, Plaintiff's counsel queried the Illinois Department of Corrections database of individuals in custody but could not locate Mr. Garner in the database.

6. Between January 28 and February 14, 2022, Plaintiff's counsel continued to investigate publicly available information to determine Mr. Garner's whereabouts, including:

   a. the Illinois Secretary of State database of corporate entities for addresses and registered service agents associated with various Illinois entities known or suspected to be connected to Mr. Garner or his family;

   b. documents recorded with the Cook Country Recorder of Deeds for addresses associated with Mr. Garner, his family, or his possibly associated businesses entities; and

   c. Illinois Secretary of State vehicle registration records for registration addresses of vehicles suspected to be associated with Mr. Garner, his family, or possibly associated business entities.

7. Based on the collected information, Plaintiff's counsel attempted service on February 10, 2022, at three addresses where Mr. Garner might be located:

   a. 2009 W. 51st Street, Chicago, IL 60609

   b. 7214 S. Ashland Ave., Chicago, IL 60636

   c. 5114 N. Damen Ave., Chicago, IL 60625

8. Todd M. Martinson, a process server, was unable to serve Mr. Garner at 2009 W. 51st Street, Chicago, IL 60609, noting that the "address is for the parking lot area of a vacant building." Mr. Martinson's declaration regarding service at this address is attached as Exhibit A.

9. Mr. Martinson was also unable to serve Mr. Garner at 7214 S. Ashland Ave., Chicago, IL

60636, noting that "the address is for vacant building that is boarded up." Mr. Martinson's declaration regarding service at this address is attached as Exhibit B.

10. Mr. Martinson was also unable to serve Mr. Garner at 5114 N. Damen Ave., Chicago, IL 60625, noting that he "found this address to be a secured multi-unit building with no access and the named Witness is not listed," and that he "has been unable to contact and serve the Witness at this address." Mr. Martinson's declaration regarding service at this address is attached as Exhibit C.

11. Also on February 10, 2022, Plaintiff's counsel attempted to serve Mr. Garner with a subpoena via the telephone and email address he provided in his motion regarding his deposition, D.I. 181, and further authorized for the purpose of service, in the Court's minute entry at D.I. 184. Plaintiff's counsel sent an email with a PDF of the subpoena to the email address and left a voice message containing (or referring to) the required information for a subpoena to testify under Fed. R. Civ. P. 45. Neither message has been responded to.

12. Based on property records recorded for 6522 S. Winchester Ave., Chicago, IL 60636, service was also attempted at this address on February 14, 2022. William Vincent, the process server, noted that the "[h]ouse is vacant and boarded up." Mr. Vincent's declaration regarding service at this address is attached as Exhibit D.

13. On February 14, 2022, Plaintiff's counsel spoke to John D. Rea, a private investigator and process server, and planned to engage him if service at the Winchester Address failed.

14. Plaintiff engaged Mr. Rea on February 16th. Mr. Rea's declaration describing his efforts to locate and serve Mr. Garner is attached as Exhibit E.

15. On February 17 Mr. Rea reviewed the information already obtained by Plaintiff's counsel. Ex. E.

16. Beginning February 18, Mr. Rea searched additional sources and databased for information related to Mr. Garner and his family, including:

    a. Illinois traffic violation records;

    b. Illinois civil cases;

    c. the court records of neighboring states;

    d. the Cook County Clerk of Court records, including arrest warrants;

    e. United States District Court indices;

    f. the Illinois Department of Correction inmate database;

    g. the United States Bureau of Prisons Inmate Locator Index,

    h. the Indiana Department of Corrections Inmate Locator Index,

    i. the Chicago Police Department Arrest Index,

    j. the Illinois Vinelink Incarceration Index,

    k. the Cook County Sheriff Inmate Locator,

    l. the Illinois Industrial Commission Workers Compensation Case Index.

    m. social media platforms including Facebook and Instagram;

    n. the Illinois Comptroller's website and office (via telephone); and

    o. the Cook County Board of Elections records.

Mr. Rea was unable to locate Mr. Garner through these sources. Ex. E, ¶¶ 2-8.

17. On February 22, 2022, Mr. Rea submitted a request for the residential address associated with a Post Office box associated with Mr. Garner, but the request has not been answered. Ex. E, ¶ 9.

18. Beginning on February 23, 2022, Mr. Rea attempted to contact the owner of a possible residence of Mr. Garner, according to taxpayer information from the Cook County Treasurer, but Mr. Rea was unable to reach the person or leave a message. Ex. E, ¶ 10.

19. On February 25, 2022, Mr. Rea searched a database that records License Plate Reader sightings for records of four license plates registered to Mr. Garner or his family, but there were no recent or current sightings recorded. Ex. E, ¶ 11.

20. Finally, Mr. Rea attempted to reach Mr. Garner by approaching a residence believed to belong to Philip Cocomise, whom Mr. Garner has testified is an "associate." A woman who identified herself as Mrs. Cocomise answered the door. Upon identifying himself and asking about Mr. Garner, Mrs. Cocomise stated "I can't talk to you about this" and closed the door. Ex. E, ¶ 12.

21. Based on the above actions, Plaintiff has demonstrated diligence in his search of Mr. Garner, and his attempts to serve Mr. Garner with process, but Plaintiff has not been able to procure Mr. Garner's attendance at trial through subpoena. Plaintiff expects that further efforts to locate Mr. Garner are unlikely to succeed before the date scheduled for trial.

Dated:   March 3 2022                    Respectfully submitted,

James Watson

By:     /s/ Aaron A. Barlow
Aaron A. Barlow
Susan A. O'Brien
Mitchell L. Denti
Paaras J. Modi
JENNER & BLOCK LLP
353 N. Clark Street

Chicago, IL 60654
(312) 923-8303

*Counsel for Plaintiff James Watson*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I presented the foregoing to the Clerk of the Court for

filing and uploading to the CM/ECF system which will send notification of such filing to all

counsel of record.


/s/ *Aaron A. Barlow*
Aaron A. Barlow